**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| Suzanne Cyganiewicz, | : |
| Plaintiff, | : Case No. 4:13-cv-40068-TSH |
| v. | : NOTICE OF VOLUNTARY |
| | : DISMISSAL |
| Sallie Mae, Inc. | : |
| Defendant. | : |

NOW COMES Plaintiff, Suzanne Cyganiewicz ("Plaintiffs"), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, Sallie Mae, Inc. ("Defendant"), in this case.

By: /s/ David R. Jackowitz

David R. Jackowitz,
B.B.O. No. 567279
Shaevel & Krems, LLP
141 Tremont Street
Boston, MA 02111
Telephone: (617) 556-0244
Fax: (617) 556-0284
djackowitz@shaevelkrems.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ David R. Jackowitz
David R. Jackowitz